JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MAGANA,<br><br>    Plaintiff,<br><br>    vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.: CV 09-2294 DSF (CWx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and plaintiff not having timely responded,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 8/27/09

_____
Dale S. Fischer
United States District Judge